UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSHUA BLAND,<br><br>Plaintiff,<br><br>v.<br><br>J. PEDERSEN, et al.,<br><br>Defendants. | No. 1:20-cv-00793-DAD-SKO (PC)<br><br>ORDER DISMISSING ACTION DUE TO PLAINTIFF'S FAILURE TO PAY FILING FEE<br><br>(Doc. No. 11) |

Plaintiff Joshua Bland is a state prisoner proceeding *pro se* in this civil rights action brought pursuant to 42 U.S.C. § 1983. This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On August 6, 2020, the assigned magistrate judge issued findings and recommendations recommending that plaintiff's *in forma pauperis* status be revoked and that plaintiff be ordered to pay the required $400.00 filing fee to proceed with this action. (Doc. No. 8.) On September 14, 2020, the undersigned adopted those findings and recommendations, revoked plaintiff's *in forma pauperis* status, and ordered plaintiff to pay the $400 filing fee in full within thirty (30) days of service of that order. (Doc. No. 11.) Plaintiff was cautioned that his failure to comply with that order and pay the required filing fee within the specified time would result in dismissal of this action. (*Id*. at 2.)

/////

1

Plaintiff has not paid the required filing fee or requested an extension of time to do so, and the deadline to pay the required filing fee has now passed.

Accordingly,

1. This action is dismissed without prejudice due to plaintiff's failure to obey a court order and to pay the required filing fee; and

2. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated: **November 23, 2020**

*Dale A. Drozd*
UNITED STATES DISTRICT JUDGE

2