UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSHUA BLAND,<br><br>    Plaintiff,<br><br>    v.<br><br>J. PEDERSEN, et al.,<br><br>    Defendants. | Case No. 1:20-cv-00793-DAD-SKO (PC)<br><br>**ORDER DENYING MOTION FOR MISCELLANEOUS RELIEF**<br><br>(Doc. 20) |

    Plaintiff Joshua Bland, a state prisoner, initiated this action on June 8, 2020. (Doc. 1.) On September 14, 2020, the Court revoked Plaintiff's *in forma pauperis* status because he had accrued three "strikes" under 28 U.S.C. § 1915(g) and failed to show that he was under imminent danger of serious physical injury at the time he filed suit. (Doc. 11.) The Court directed Plaintiff to pay the filing fee for this action in full. (*Id.*) On November 23, 2020, the Court dismissed this action for Plaintiff's failure to pay the filing fee. (Doc. 13.)

    On December 7, 2020, Plaintiff appealed the order of dismissal. (Doc. 15.) On February 16, 2021, the Ninth Circuit Court of Appeals denied Plaintiff's motion to proceed *in forma pauperis* due to his three strikes, and ordered him to "pay $505.00 to the district court as the docketing and filing fees for this appeal and file proof of payment" with the Court of Appeals. (Doc. 19.)

///

On March 4, 2021, Plaintiff filed a motion for this Court to accept what amounts to an "IOU" for payment of the docketing and filing fees, and thereon to "issue proof of payment upon the Ninth Circuit Court of Appeals." (Doc. 20.) Plaintiff's request and contentions in support of his motion lack merit and require no further discussion.

Accordingly, Plaintiff's motion is DENIED. No further filings shall be entertained in this closed case.

IT IS SO ORDERED.

Dated:   **March 10, 2021**                                   /s/ *Sheila K. Oberto*
                                                              UNITED STATES MAGISTRATE JUDGE